UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEWATER ASSOCIATES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> VIVIN OBEROI and TELLURIDE ASSET MANAGEMENT LLC, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> January 16, 2004 |

MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Bridgewater Associates, Inc. ("Bridgewater") hereby moves pursuant to Fed. R. Civ. P. 65 for an order temporarily restraining defendants Vivin Oberoi and Telluride Asset Management LLC ("Telluride"), their agents, representatives, and all other persons or entities acting in concert with them or either of them, or on their behalf, as follows:

(1) from using or disclosing, for the benefit of Telluride or any other person or entity, in whole or in part, and in any manner whatsoever, any portion or aspect of the investment management systems of plaintiff Bridgewater, including but not limited to the multiple formulas upon which said systems are based, the process by which these formulas are created, the insights which the formulas express, the process by which those insights are arrived at, and the weight afforded to the results of each of the formulas in the context of each system (collectively, the "Investment Management Systems"); and

(2) from using or disclosing, for the benefit of Telluride or any other person or entity, in whole or in part, and in any manner whatsoever, any other information of Bridgewater that is proprietary and confidential, including but not limited to information concerning Bridgewater's clients, prospective clients, services, methodologies, techniques, processes, procedures, technology, charts, formulas, ideas, assumptions, management tools, databases, know-how, business plans, strategies, financial data and contracts (collectively, the "Confidential Information"); and

further restraining Oberoi:

ORAL ARGUMENT REQUESTED

(3) from working for, or in any manner taking part in, the business of Telluride or any other business which is in direct competition with Bridgewater; and

further restraining Telluride:

(4) from in any manner having Oberoi take part in the business of Telluride;

by entering an Order To Show Cause And Temporary Restraining Order in the form submitted herewith. In support of this motion, Bridgewater states that defendants are using and inevitably will use Bridgewater's trade secrets in violation of the Connecticut Uniform Trade Secrets Act, Conn. Gen. Stat. §§ 35-50 et seq., the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a et seq., and Oberoi's contractual obligations and, further, that Oberoi's employment by Telluride violates Oberoi's contractual covenant not to compete with Bridgewater, all as set forth in detail in Bridgewater's Complaint. In further support of this motion, Bridgewater submits the Affidavits of Raymond Dalio and Joseph Quinn and a memorandum of law.

PLAINTIFF,
BRIDGEWATER ASSOCIATES, INC.

By:/s/Jonathan B. Tropp
    Jonathan B. Tropp
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300
    Fax: (203) 977-7301
    jbtropp@dbh.com
    Its Attorneys

Of Counsel:
Michael M. Gordon, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
100 Maiden Lane
New York, New York 10038
(212) 504-6000