UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGEWATER ASSOCIATES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> VIVIN OBEROI and TELLURIDE ASSET MANAGEMENT LLC, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:40-CV-0076 (JCH) <br><br><br> AUGUST 13, 2004 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in this matter for defendant Vivin Oberoi.

By:   /s/ Richard S. Order, Esq.
      RICHARD S. ORDER, ESQ.
      (ct02761)
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT 06103-3702
      Tel.: (860) 275-8100
      E-mail: rso@avhlaw.com

      Attorney for Defendant Vivin Oberoi

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2004, a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's filing system.

      /s/ Richard S. Order
RICHARD S. ORDER, ESQ.
(ct02761)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Tel.: (860) 275-8100
E-mail: rso@avhlaw.com